**Order entered August 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00964-CV

### IN RE LIONEL MACK, Relator

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. W10-24621-X**

## ORDER
Before Justices FitzGerald, Francis, and Lewis

The Court has before it relator's petition for writ of mandamus in which he asserts the trial court has not ruled on his motion to receive additional credit for time served. The Court requests that real party in interest the State of Texas respond to the petition by August 18, 2014.

/s/     KERRY P. FITZGERALD
          JUSTICE